UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF<br>TATIANA AKHMEDOVA,<br>      Applicant,<br><br>REQUEST FOR DISCOVERY<br>PURSUANT TO 28 U.S.C. § 1782. | 19-MC-026 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

The Court granted Applicant's motion for discovery pursuant to 28 U.S.C. § 1782 on January 18, 2019.  (Dkt. No. 5.)  There have been no further motions or filings in this matter since that date, and none are anticipated.

Accordingly, the Clerk of Court is directed to close this case.

SO ORDERED.

Dated: April 22, 2019
   New York, New York

                 _____
                    J. PAUL OETKEN
                 United States District Judge