UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF
TATIANA AKHMEDOVA,
                Applicant,

REQUEST FOR DISCOVERY
PURSUANT TO 28 U.S.C. § 1782.

19-MC-026 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On April 23, 2019, Applicant filed a motion to reopen this case, along with a request for supplemental discovery under 28 U.S.C. § 1782. (Dkt. No. 7.) The request to reopen this case is hereby GRANTED.

The Clerk of Court is directed to reopen this case.

SO ORDERED.

Dated: April 24, 2019
       New York, New York

_____
J. PAUL OETKEN
United States District Judge