UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE APPLICATION OF
TATIANA AKHMEDOVA,

        Applicant,

REQUEST FOR DISCOVERY PURSUANT
TO 28 U.S.C. § 1782.

Civil Action No. 19-mc-26 (JPO)

---

## SEALING ORDER

Pursuant to Fed. R. Civ. P. 5.2(d) and 26(c), it is hereby:

ORDERED that this Court's order dated May 3, 2019 sealing the Supplemental *Ex Parte* Application for Discovery Pursuant to 28 U.S.C. 1782 and proposed order (Dkt. 7, 7-1), the Declaration of James H. Power in support thereof and exhibits attached thereto (Dkt. 8, 8-1), the Memorandum of Law (Dkt. 9), and the Order granting discovery (Dkt. 11) for ninety (90) days is hereby extended. The foregoing documents shall be maintained under seal for an additional forty-five (45) days, through September 15, 2019, subject to Applicant Tatiana Akhmedova's ("Applicant") right to seek a further order of this Court extending the period of time to remain under seal, or the right of any third party intervenor to seek an order directing that they be unsealed.

It is further ORDERED that Applicant's letter request to seal addressed to the Court and the Declaration of Anthony Riem dated April 30, 2019 in support of Applicant's request and Applicant's request to extend the sealing of the above-mentioned documents shall also be sealed through September 15, 2019, on the same basis.

SO ORDERED.

Dated: July 29, 2019

Hon. J. Paul Oetken
U.S. District Judge