UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF
TATIANA AKHMEDOVA,
                      Applicant,

REQUEST FOR DISCOVERY
PURSUANT TO 28 U.S.C. § 1782.

19-MC-026 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      The Court has reviewed the letter filed by Mr. Akhmedov requesting leave to file a motion to quash the subpoenas issued in this case (Dkt. No. 17), as well as Ms. Akhmedova's response to his letter (Dkt. No. 18). Mr. Akhmedov also requests that Ms. Akhmedova provide a copy of all docket entries submitted under seal. (Dkt. No. 17 at 5.)

      The sealing order in this case expired on September 15, 2019. (Dkt. No. 15.) Accordingly, all documents previously filed under seal are hereby unsealed in accordance with this Court's July 29, 2019 order. Additionally, Mr. Akhmedov may file a motion to quash the subpoenas issued in this case. Ms. Akhmedova shall respond to any such application within 14 days. Ms. Akhmedova is further directed to provide a copy of any documents filed under seal in this case to Mr. Akhmedov.

      The Clerk of Court is directed to unseal all documents in this case.

      SO ORDERED.

Dated: October 3, 2019
       New York, New York

                                                J. PAUL OETKEN
                                                United States District Judge