UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF
TATIANA AKHMEDOVA,
               Applicant,

REQUEST FOR DISCOVERY
PURSUANT TO 28 U.S.C. § 1782.

19-MC-026 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On October 3, 2019, this Court granted Mr. Akhmedov leave to file a motion to quash the subpoenas in this case. (Dkt. No. 19.) No such application has been made, and there has been no further communication with the Court.

Accordingly, Mr. Akhmedov is directed to file any motion to quash on or before January 21, 2020. If he does so, Ms. Akhmedova shall respond on or before February 4, 2020. If he fails to do so, Ms. Akhemdova shall advise the Court in a status letter whether this case can be closed on or before February 4, 2020.

    SO ORDERED.

Dated: January 7, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge