UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF TATIANA AKHMEDOVA,

                Applicant,

REQUEST FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782.

19-MC-26 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Y.Co NY is hereby directed to respond to Applicant's Motion to Compel filed on July 6, 2020 (Dkt. Nos. 28-30) no later than July 27, 2020.  If Y.Co NY fails to respond by that date, the Motion to Compel will be deemed unopposed.

    Counsel for applicant is directed to serve a copy of this order on Y.Co NY by July 16, 2020.

    SO ORDERED.

Dated: July 13, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge