AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| IN RE APPLICATION OF TATIANA AKHMEDOVA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-MC-26 (JPO) |
| REQUEST FOR DISCOVERY 28 USC 1782 | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Subpoenaed third party Y.CO NY Inc.

Date: 07/27/2020

/s/ Simon Harter
*Attorney's signature*

Simon Harter (SH-8540)
*Printed name and bar number*

Law Offices of Simon Harter, Esq.
225 W. 34th Street - Ninth Floor
New York, New York 10122
*Address*

sharter@harterlaw.com
*E-mail address*

(212) 979-0250
*Telephone number*

(212) 979-0251
*FAX number*