# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

| | |
|---|---|
| PRESENT: HON. DEBRA A. JAMES<br>Justice | PART IAS MOTION 59EFM |

-------------------------------------------------------------------X

TATIANA AKHMEDOVA,

                Plaintiff,

- v -

FARKHAD AKHMEDOV, COTOR INVESTMENT, S.A.,
QUBO 1 ESTABLISHMENT, QUBO 2 ESTABLISHMENT,
STRAIGHT ESTABLISHMENT, and AVENGER ASSETS
CORPORATION,

                Defendants.

-------------------------------------------------------------------X

INDEX NO. 155688/2018
MOTION DATE 12/31/2019
MOTION SEQ. NO. 004

**DECISION + ORDER ON MOTION**

The following e-filed documents, listed by NYSCEF document number (Motion 004) 66, 67, 68, 69, 70, 71, 72, 73, 75, 76, 77, 78, 79, 80
were read on this motion to/for                               CONTEMPT               .

ORDER

Upon the foregoing documents, it is

ORDERED that the motion of plaintiff to hold non-party YCO NY, Inc. in contempt of court is DENIED.

DECISION

This court agrees with the attorney for non-party YCO NY, Inc. that service of the temporary restraining order by electronic mail, without order of the court pursuant to CPLR 308(5), is insufficient to confer personal jurisdiction over such non-party. Therefore, such non-party may not be held in contempt of such interim order. See Citibank, N.A. v Anthony Lincoln-Mercury, Inc., 86 AD2d 828, 829 (1st Dept. 1982); compare Kozel v Kozel, 161 AD3d 700, 701 (1st Dept. 2018).

| 6/22/220 | | | | /s/ Debra A. James |
|---|---|---|---|---|
| DATE | | | | DEBRA A. JAMES, J.S.C. |
| CHECK ONE: | X | CASE DISPOSED | | NON-FINAL DISPOSITION | | |
| | | GRANTED | X | DENIED | | GRANTED IN PART | | OTHER |
| APPLICATION: | | SETTLE ORDER | | | | SUBMIT ORDER | | |
| CHECK IF APPROPRIATE: | | INCLUDES TRANSFER/REASSIGN | | | | FIDUCIARY APPOINTMENT | | REFERENCE |

155688/2018 AKHMEDOVA, TATIANA vs. AKHMEDOV, FARKHAD
Motion No. 004

Page 1 of 1