# LAW OFFICES OF
# SIMON HARTER

| | |
|---|---|
| 225 W. 34th Street – 9th Floor | 30 Nassau Street – Suite 460 |
| New York, New York 10122 | Princeton, New Jersey 08542 |
| Tel:  (212) 979-0250 | Tel:  (609) 688-8330 |
| Fax: (212) 979-0251 | Fax:  (609) 688-8331 |
| sharter@harterlaw.com | www.harterlaw.com |

July 30, 2020

*Via ECF*
Hon. J. Paul Oetken, USDJ
US District Court for the Southern District of New York
Room 2101
40 Foley Square
New York, NY 10007

      Re:    In re Application of Tatiana Akhmedova
               Request for Discovery Pursuant to 28 U.S.C. § 1782
               Civil Action No. 19-mc-26 (JPO)

Dear Judge Oetken:

      We represent non-party Y.CO NY Inc. in connection with Applicant's motion to compel our client's response to her subpoena.  We write to respectfully request the opportunity to submit a very brief letter response, of no more than three typed pages, to the *Reply Memorandum in Further Support of Applicant's Motion to Compel* [Docket NO. 35) filed by Applicant this evening.

      It is not our practice to seek such relief, and we are mindful of the importance of not unduly taxing the Court's judicial resources. In this particular instance, we respectfully submit that a brief addition submission is warranted.  In her Reply, Applicant has once again engaged in a striking degree of misrepresentation and omission of fact.  Chief among these are the fact that in responding to Y.CO NY's request for a protective order, Applicant has omitted certain facts surrounding the Confidentiality Stipulation entered in the corresponding state court action to such a degree as to paint an entirely misleading and false picture for the Court.

      We thank the Court for its kind attention to this request.

                                         Respectfully submitted,

                                         Simon Harter


July 30, 2020
Page 2

cc:     <u>Via ECF</u>
James H. Power, Esq.
james.power@hklaw.com
Holland & Knight LLP
31 West 52nd Street
New York, New York 10019
Attorneys for Applicant