UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF TATIANA AKHMEDOVA,

          APPLICANT,

-v-

REQUEST FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782.

19-mc-26 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On July 30, 2020, counsel for non-party Y.CO NY Inc. filed a letter in connection with Applicant's motion to compel (Dkt. No. 36), seeking leave to submit a three-page letter response to Applicant's reply memorandum (Dkt No. 35).

Y.Co NY Inc.'s request is GRANTED. Y.CO NY Inc. shall file a letter response of no more than three pages on or before August 3, 2020.

SO ORDERED.

Dated: July 30, 2020
      New York, New York

_____
J. PAUL OETKEN
United States District Judge