UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF TATIANA AKHMEDOVA,

                Applicant,

REQUEST FOR DISCOVERY

PURSUANT TO 28 U.S.C. § 1782.

19-MC-26 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    A telephone conference was held in this case on September 10, 2020. For the reasons stated on the record, the Applicant's motion to compel is denied, and Y.Co NY's cross-motion to quash is granted. The denial of the Applicant's motion to compel is without prejudice to renewal in six months depending on the parallel state court proceedings.

    The Clerk of Court is directed to close the motion at Docket Number 28.

    SO ORDERED.

Dated: September 10, 2020
       New York, New York

                                        J. PAUL OETKEN
                                        United States District Judge