UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
IN RE APPLICATION OF                        Case No. 19-MC-26 (JPO)
TATIANA AKHMEDOVA           Plaintiff,

    -against-

REQUEST FOR DISCOVERY
28 USC 1782                          Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Simon Harter**
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: SH-8540    My State Bar Number is: 2485746

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Law Offices of Simon Harter, Esq.
                FIRM ADDRESS: 225 W. 34th Street - 9th Floor, NY NY 10122
                FIRM TELEPHONE NUMBER: (212) 979-0250
                FIRM FAX NUMBER: (212) 979-0251

NEW FIRM:   FIRM NAME: Law Offices of Simon Harter, Esq.   [same]
                FIRM ADDRESS: 1345 6th Avenue - Second Floor, NY NY 10105
                FIRM TELEPHONE NUMBER: (212) 979-0250   [same]
                FIRM FAX NUMBER: (212) 979-0251   [same]

[✓] I will continue to be counsel of record on the above-entitled case ~~at my new firm/agency.~~

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 11/8/2020                              /s/ Simon Harter
                                                        ATTORNEY'S SIGNATURE